UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD TRAMMEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:13-CV-00813-HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**UNITED STATES OF AMERICA'S NOTICE OF SUPPLEMENTAL AUTHORITY**

COMES NOW the United States of America, by and through undersigned counsel, and hereby submits this Notice of Supplemental Authority that pertains to Petitioner's Motion for Relief from Judgement (Doc. #40) re: *United States v. McCoy*, No. 21-3895, 2023 WL 2440852 (8th Cir. Mar. 10, 2023).

In his motion, Petitioner claims "actual innocence" due to the Eighth Circuit's decision in *United States v. McCoy*, 55 F.4th 658 (8th Cir. 2022) (Doc. #40). The United States filed its response (Doc. #44), arguing that Petitioner failed to have his Rule 60(b) motion certified by the Court of Appeals, and his case is factually distinguishable from *McCoy*.

After the United States filed its response, the Eighth Circuit granted the United States' petition for rehearing en banc in *McCoy*.[1] In its Order, the Court of Appeals vacated the opinion and judgement dated December 15, 2022, on which Petitioner relies. *See McCoy*, 2023 WL 2440852, at *1. Thus, the lone case on which Trammel relies is no longer valid authority.

For this and all the aforementioned reasons contained within its Response (Doc. #44), the Government prays this Court deny the Petitioner's Motion for Relief from Judgement (Doc. #40).

---

[1] The case is currently set for rehearing en banc on Tuesday, April 11, 2023.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/ *Nathan L. Chapman*
Nathan L. Chapman, #60978MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, a copy of the foregoing motion was mailed postage prepaid United States Mail first class to:

**Edward Trammel, #38976-044**
SEAGOVILLE FCI, U.S. PENITENTIARY
P.O. BOX 9000
SEAGOVILLE, TX 75159-9000

 /s/ *Nathan L. Chapman*
NATHAN L. CHAPMAN
Assistant United States Attorney