RECEIVED
MAR 28 2023
BY MAIL

IN THE
UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

Edward Trammel,
    Movant – Defendant,

v.                                      Case No. 4:13-cv-00813-HEA

United States of America,
    Respondent – Plaintiff.

## OBJECTION TO THE
## UNITED STATES OF AMERICA'S NOTICE OF SUPPLEMENTAL AUTHORITY

**COMES NOW** Edward Trammel, pro se, to object to the United States of America's Notice of Supplemental Authority.

I, Edward Trammel, object to said "notice of supplemental auhtority," and ask this Court to ignore that filing by the Government because:

Since the Eighth Circuit Court of Appeals did not decide whether the panel's decision in United States v McCoy, 55 F.4th 658 (8th Cir 2022), was correct or incorrect when that court decided to rehear the case en banc, and pursuant thereto vacated the panel's December 15, 2022 opinion and judgment, does not render the McCoy decision I rely on for relief to be, as the Government's attorney claims, invalid authority to the point that it would warrant the Government's jumping the gun and asking this Court to dismiss my pending Fed. Rule of Civil Procedure 60(b)(6) motion before the Eighth Circuit Court of Appeals decides, en banc, after its scheduled April 11, 2023 rehearing en banc of the McCoy case whether the panel's December 15, 2022 decision is correct or incorrect.

To dismiss my 60(b)(6) motion before the en banc rehearing decision is issued would result in expending scarce judicial resources to review a renewed 60(b)(6) motion by me if the rehearing en banc is in McCoy's, and, inciden-

1

tally, my favor; scarce judicial resources which are, consequently, being wasted by the Government's filing asking this Court to decide on my 60(b)(6) motion before the Eighth Circuit officially decides whether the McCoy decision I rely on is valid or invalid authority.

Wherefore, I ask this Court to ignore the United States of America's Notice of Supplemental Authority, and continue to dely deciding my 60(b)(6) motion until after the Eighth Circuit Court of Appeals issues its en banc decision for the McCoy case.

Signed and submitted on March 21, 2023 by

_____
Edward Trammel, pro se

Register No. 38976-044
FCI Seagoville
PO BOX 9000
Seagoville, Texas 75159-9000

2

Name: Edward Trammel
Reg. No. 38976-044
FEDERAL CORRECTIONAL INSTIT
P.O. Box 9000
Seagoville, TX 75159-9000

**CERTIFIED MAIL**



NORTH TEXAS TX
DALLAS TX
MAR 2023

7020 1810 0000 1729 4569

RECEIVED

MAR 28 2023

BY MAIL

United States District Court
Eastern District of Missouri
111 S. 110th Street
St. Louis, MO 63102

63102-112894

